## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VIRGINIA AMACKER** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **SAM'S WEST, INC., D/B/A SAM'S CLUB,** | * | |
| **SAM'S EAST, INC.,** | * | |
| **WALMART INC.,** | * | |
| **WAL-MART LOUISIANA, LLC** | * | |
| | * | **SECTION:** |
| | * | |
| | * | **MAGISTRATE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>COMPLAINT</u>

     **NOW INTO COURT**, through undersigned counsel, come complainants, **VIRGINIA AMACKER,** a person of the full and legal age and citizen and domiciliary of Pearl River County Mississippi. Complainant avers the following:

### I.

     This matter is being brought pursuant to Diversity of Citizenship Jurisdiction and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and cost.

### II.

Made party defendant herein is:

A)    **SAM'S WEST, INC., D/B/A SAM'S CLUB,** an Arkansas domiciled corporation with its principal place of business in Bentonville, Arkansas, yet authorized to do and doing business within the jurisdiction of the Honorable Court and State;

B)  **SAM'S EAST, INC., D/B/A SAM'S CLUB,** an Arkansas domiciled corporation with its principal place of business in Bentonville, Arkansas, yet authorized to do and doing business within the jurisdiction of the Honorable Court and State;

C)  **WALMART INC.,** a Delaware domiciled corporation with its principal place of business in Wilmington, Delaware, yet authorized to do and doing business within the jurisdiction of the Honorable Court and State;

D)  **WAL-MART LOUISIANA, LLC,** a Delaware domiciled corporation with its principal place of business in Bentonville, Arkansas, yet authorized to do and doing business within the jurisdiction of the Honorable Court and State;

## III.

On or about May 23, 2022, at or about 6:10 PM**,** complainant was shopping in the lady's swimsuit department at the Sam's Club store #6220 in Slidell, Louisiana.  Suddenly and without warning or any announcement, complainant was struck from behind by a pallet jack being negligently operated by a Sam's store employee. Immediately prior to this impact, complainant was still unaware that the employee's pallet jack was approaching from behind; complainant turned and twisted her body as her left foot was run over by the pallet jack causing complainant to fall forward catching herself on the store clothing rack.  Complainant sustained injuries to her left foot and left ankle and developed severe lumbar pain thereafter.

## IV.

At all material times herein, the Sam's Club store #6220 in Slidell, Louisiana where complainant had her accident was owned, operated, leased and/or controlled by defendants.

**V.**

At all material times herein the employee operating the pallet jack was employed and controlled by defendants.

**VI.**

A proximate cause of the accident herein was the negligence attributable to defendants in failing to furnish complainant a safe place to shop, in failing to warn complainant, in failing to properly block off the aisle or area in question where the pallet jack was being operated, and in failing to observe complainant.

**VII.**

As a direct and proximate result of the accident herein, complainant, **VIRGINIA AMACKER** sustained severe disabling injuries to her left foot, left leg, lumbar region, mind, past and future mental anguish and physical pain and suffering, past and future medical expenses, and any and all other related damages and expenses allowable by law, all for which complainant is entitled to sue and recover from the defendant herein for the full and total sum of **ONE MILLION FIVE-HUNDRED THOUSAND($1,500,000.00) DOLLARS.**

**WHEREFORE,** complainant, **VIRGINIA AMACKER,** demands judgment against the defendant herein for the full and total sum of **ONE MILLION FIVE HUNDRED THOUSAND($1,500,000.00) DOLLARS**, altogether with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings and all appropriate, general, and equitable relief, and for trial by jury as to all issues.

Respectfully submitted,
DISCON LAW FIRM
**S/ THOMAS M. DISCON**
THOMAS M. DISCON, T.A. #14219
SCOTT G. DISCON, #20167
424 N. Causeway Boulevard, Ste. A
Mandeville, Louisiana  70448
Telephone: (985) 674-9748 E-mail:
tdiscon@disconlawfirm.com
sdiscon@disconlawfirm.com
Attorneys for Complainant

**<u>PLEASE SERVE</u>:**
**SAM'S WEST, INC., D/B/A SAM'S CLUB**
**THROUGH IT'S AGENT FOR SERVICE:**
**CT CORPORATION**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

**SAM'S EAST, INC., D/B/A SAM'S CLUB**
**THROUGH IT'S AGENT FOR SERVICE:**
**CT CORPORATION**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

**WALMART INC.**
**THROUGH IT'S AGENT FOR SERVICE:**
**CT CORPORATION**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

**WAL-MART LOUISIANA, LLC**
**THROUGH IT'S AGENT FOR SERVICE:**
**CT CORPORATION**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**